IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

    Plaintiff,                          No. 2:09-cv-1105 KJN P

    vs.

SACRAMENTO DISTRICT
ATTORNEY OFFICE, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. On July 26, 2010, plaintiff filed a request that the court set a deadline for plaintiff to file objections to the court's July 13, 2010 order. However, plaintiff consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c). Accordingly, this action was dismissed by order on July 26, 2010, rather than by findings and recommendations. Thus, there is no provision for the filing of objections. In an abundance of caution, however, the court will construe plaintiff's filing as a request for an extension of time in which to file an appeal.

////

////

////

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted an
2  extension of time, up to an including September 13, 2010, in which to file an appeal of the July
3  13, 2010 order.
4  DATED: August 23, 2010

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

8  down1105.app