IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

      Plaintiff,                        No. 2:09-cv-1105 KJN P

    vs.

SACRAMENTO DISTRICT ATTORNEY'S OFFICE, et al.,

      Defendants.                ORDER

_____/

On September 23, 2010, plaintiff filed a motion for law library access. This civil rights action was closed on July 13, 2010. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS HEREBY ORDERED that plaintiff's September 23, 2010 motion is denied without prejudice. (Dkt. No. 28.)

DATED: October 7, 2010

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

down1105.58