IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

        Plaintiff,                  No.  2:09-cv-1105 KJN P

    vs.

SACRAMENTO DISTRICT ATTORNEY'S
OFFICE, et al.,

        Defendants.            ORDER

_____/

        On December 17, 2012, plaintiff filed a motion for preliminary injunction, appointment of counsel, for payment and transfer to a federal prison.[1]  (Dkt. No. 34).  However,

---

[1] Plaintiff is presently housed at Centinela State Prison in Imperial, California.  The allegations in plaintiff's motion pertain to events that took place at Centinela State Prison against employees at Centinela State Prison.  The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).  In this case, the defendants against whom plaintiff's allegations are raised are located, and the claims arose, in Imperial, California, which is in the Southern District of California.  Therefore, plaintiff's motion should be filed in the United States District Court for the Southern District of California.  Although plaintiff included the names of defendants sued in the instant action, who are located in Sacramento, plaintiff should only name as defendants in his new action in the Southern District those persons who he alleges violated his constitutional rights at Centinela State Prison.

1  this civil rights action was closed on July 13, 2010, and plaintiff's appeal was dismissed on

2  September 13, 2011.  Accordingly, plaintiff's December 17, 2012 motion (dkt. no. 34) is denied

3  without prejudice.  Plaintiff is advised that documents filed by plaintiff since the closing date will

4  be disregarded and no orders will issue in response to future filings.

5  DATED:  December 20, 2012

6

7

8                                                      _____

9                                                      KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE

10

11  /down1105.58

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2